THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE CONTINENTAL INSURANCE COMPANY, a Pennsylvania corporation; CONTINENTAL CASUALTY COMPANY, an Illinois corporation; and AMERICAN CASUALTY COMPANY OF READING, PA, a Pennsylvania corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BOBBY WOLFORD TRUCKING & SALVAGE, INC., a Washington corporation; ROBERT C. WOLFORD, individually and on behalf of his marital community; CITY OF BOTHELL, a Washington municipal corporation; HWA GEOSCIENCES, INC., a Washington corporation; and GREAT WEST CASUALTY COMPANY, a Nebraska corporation,<br><br>Defendants. | No.: 2:21-cv-1341-TL<br><br>STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER OF DISMISSAL WITH PREJUDICE |

**STIPULATION**

The parties hereto, Plaintiffs, The Continental Insurance Company, Continental Casualty Company, and American Casualty Company of Reading, PA, and Defendants, Bobby Wolford Trucking & Salvage, Inc., Robert C. Wolford, City of Bothell, HWA Geosciences, Inc., and

STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER OF DISMISSAL WITH PREJUDICE - 1
(2:21-cv-1341-TL)

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

Great West Casualty Company (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree that all claims, cross-claims, and counterclaims against all Parties that have been asserted in this action shall be dismissed with prejudice and without award of fees or costs to any party.

The parties request that the Court enter the below proposed Order dismissing this action with prejudice.

DATED this 4th day of January, 2023.

| | |
|---|---|
| LANE POWELL PC | NICOLL BLACK & FEIG PLLC |
| ** *via email authority 1/4/23* | |
| /s/ David M. Schoeggl | /s/ Curt H. Feig |
| David M. Schoeggl, WSBA No.13638<br>Angela Foster, WSBA No. 52269<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 91302<br>Seattle, WA 98111-9402<br>denton@lanepowell.com<br>fostera@lanepowell.com<br>Telephone: 206.223.7000<br>*Attorneys for Defendant Great West Casualty Company* | Curt H. Feig, WSBA #19890<br>Matthew C. Erickson, WSBA #43790<br>*Attorneys for The Continental Insurance Company, Continental Casualty Company,* and *American Casualty Company of Reading, PA* |
| CAIRNCROSS & HEMPELMANN P.S. | MCCULLOUGH HILL LEARY, PS |
| ** *via email authority 1/4/23* | ** *via email authority 1/3/23* |
| /s/ Alan D. Schuchman | /s/ Ken Lederman |
| Alan D. Schuchman, WSBA #45979<br>524 2nd Avenue, Suite 500<br>Seattle, WA 9 8104-2323<br>Telephone: (206) 254-4413<br>aschuchman@cairncross.com<br>*Attorneys for Defendant HWA Geosciences, Inc.* | Ken Lederman, WSBA #26515<br>701 Fifth Avenue, Suite 6600<br>Seattle, Washington 98104<br>Telephone: (206) 812-3388<br>ken@mhseattle.com<br>*Attorneys for Defendant City of Bothell* |

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE - 2
(2:21-cv-1341-TL)

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

| | |
|---|---|
| 1 | HARPER \| HAYES PLLC |
| 2 | *\*\* via email authority 1/4/23* |
| 3 | */s/ Gregory L. Harper* |
| 4 | Gregory L. Harper WSBA No. 27311<br>Thomas M. Williams, WSBA No. 47654 |
| 5 | 1200 Fifth Avenue, Suite 1208<br>Seattle, WA 98101 |
| 6 | Telephone: (206) 340-8010 |
| 7 | greg@harperhayes.com<br>twilliams@harperhayes.com |
| 8 | *Attorneys for Defendants Bobby Wolford Trucking & Salvage, Inc. and Robert C. Wolford* |

1  HARPER | HAYES PLLC

*\*\* via email authority 1/4/23*

*/s/ Gregory L. Harper*
Gregory L. Harper WSBA No. 27311
Thomas M. Williams, WSBA No. 47654
1200 Fifth Avenue, Suite 1208
Seattle, WA 98101
Telephone: (206) 340-8010
greg@harperhayes.com
twilliams@harperhayes.com
*Attorneys for Defendants Bobby Wolford Trucking & Salvage, Inc. and Robert C. Wolford*

GORDON TILDEN THOMAS & CORDELL

*\*\* via email authority 1/3/23*

*/s/ Susannah Carr*
Susannah Carr, WSBA #38475
Samantha K Pitsch, WSBA #54190
600 University Street, Suite 2915
Seattle, WA 98101
Telephone (206) 467-6477
scarr@gordontilden.com
spitsch@gordontilden.com
*Attorneys for Defendant City of Bothell*

Stipulation and [Proposed] Order of Dismissal with Prejudice - 3
(2:21-cv-1341-TL)

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

### Order

Pursuant to the above stipulation, it is hereby ORDERED that all claims, cross-claims, and counterclaims against all Parties that have been asserted in this action shall be DISMISSED with prejudice and without award of fees or costs to any party.

This is a final order resolving this cause number.

Dated this 5th day of January, 2023.

*[signature]*

Tana Lin
United States District Judge

*Presented by:*

NICOLL BLACK & FEIG PLLC

/s/ Curt H. Feig
Curt H. Feig, WSBA #19890
Matthew C. Erickson, WSBA #43790
*Attorneys for The Continental Insurance Company,*
*Continental Casualty Company,* and
*American Casualty Company of Reading, PA*

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE - 4
(2:21-cv-1341-TL)

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I electronically filed the foregoing document with the Clerk of the Court using the CM/CF system which will send notification of such filing to all counsel of record in accordance with Fed. R. Civ. P. 5(d)(1)(B).

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on January 4, 2023, at Seattle, Washington.

*/s/ Curt H. Feig*
Curt H. Feig, WSBA #19890

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE - 5
(2:21-cv-1341-TL)

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515